**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIC GONZALEZ-PENA,**<br>**Petitioner,** | §<br>§ | |
| | § | |
| **v.** | § | **EP-26-CV-01822-DB** |
| | § | |
| **TODD BLANCHE**, *United States Attorney General, et al.*,<br>**Respondents.** | §<br>§ | |

**<u>ORDER FOR SUPPLEMENTAL BRIEFING</u>**

On this day, the Court considered the above captioned case. On July 6, 2026, Petitioner Eric Gonzalez-Pena filed a "Petition for Writ of Habeas Corpus" ("Petition"), ECF No. 1. Petitioner is a Cuban national with an administratively final order of removal from December 19, 2019. ECF No. 4 at 1. According to Respondents, Immigration and Customs Enforcement ("ICE") has taken steps to effectuate Petitioner's removal from the United States. *Id.* at 1–2. However, these steps have proven unsuccessful because the Cuban government would not accept Petitioner and Petitioner will not consent to removal to any other country except Cuba. *Id.* at 2, 4. Petitioner also refuses to sign any immigration forms without his attorney present. *Id.* at 3–4.

Before ruling on the merits of the Petition, the Court requires further information from Respondents on whether removal to Mexico or another third country is significantly likely in the reasonably foreseeable future. In lieu of a hearing, the Court will order supplemental briefing on the matter.

Accordingly, **IT IS HEREBY ORDERED** Respondents **SHALL FILE** a supplemental advisory, **<u>no later than July 21, 2026,</u>** directly answering the following:

1) Can Respondents legally remove Petitioner to Mexico without his consent?

2) If so, why is Petitioner's refusal to go preventing Respondents from removing him to Mexico?

3) Have Respondents designated a different third country for removal other than those listed in the Response?

4) If so, what steps have Respondents taken to effectuate Petitioner's removal to those countries, and do these countries require Petitioner to consent to removal?

5) What effect, if any, does Petitioner's refusal to sign the third country removal form have on ICE's ability to remove Petitioner to a third country?

**IT IS FURTHER ORDERED** the District Clerk's Office **SHALL MAIL** a copy of this order to Petitioner's address on file.

**SIGNED** this **14th** day of **July 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**