**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIC GONZALEZ-PENA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01822-DB** |
| | § | |
| **TODD BLANCHE**, *United States Attorney* | § | |
| *General, et al.*, | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Petitioner Eric Gonzalez-Pena's "Petition for Writ of Habeas Corpus," ECF No. 1, "Federal Respondents' Response to Show Cause," ECF No. 4, and "Federal Respondents' Supplemental Advisory to the Court," ECF No. 9. After due consideration, the Court finds it necessary to clarify certain facts relating to Petitioner's detention before ruling on the merits of the Petition. In lieu of a hearing, the Court will order supplemental briefing on the matter.

Accordingly, **IT IS HEREBY ORDERED** Respondents **SHALL FILE** a supplemental advisory, **no later than August 18, 2026,** directly answering the following:

1) Other than his current detention as of May 1, 2026, was Petitioner detained after being ordered removed on December 19, 2019?
2) If yes, how long did he spend in custody before he was released?
3) Cumulatively, how long has Petitioner been held in immigration detention since he was ordered removed on December 19, 2019?

**IT IS FURTHER ORDERED** the District Clerk's Office **SHALL MAIL** a copy of this order to Petitioner's address on file.

**SIGNED** this **13th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**