**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIC GONZALEZ-PENA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01822-DB** |
| | § | |
| **TODD BLANCHE**, *United States Attorney* | § | |
| *General, et al.,* | § | |
| **Respondents.** | § | |

# ORDER

On this day, the Court considered the above-captioned case. On July 6, 2026, Petitioner Eric Gonzalez-Pena filed a "Petition for Writ of Habeas Corpus" ("Petition"), ECF No. 1. Petitioner asserts, among other things, that his removal is not likely in the reasonably foreseeable future and asks the Court to order his immediate release. ECF No. 10 at 1–2; ECF No. 1 at 19. Respondents filed their response, ECF No. 4, on July 13, 2026. Therein, Respondents advise Petitioner is subject to an administratively final order of removal as of December 19, 2019. ECF No. 4 at 1. Respondents further advise:

> Petitioner's current detention starting on May 1, 2026, is Petitioner's first detention since he was ordered removed on December 19, 2019. Ex. A at ¶ 5. Petitioner has been held in immigration detention cumulatively for 107 days as of August 16, 2026. Id. at ¶ 6. At the time of filing, this would make cumulative time in detention post final order of removal to be 109 days.

ECF No. 13 at 1.

At this time, the Court reserves ruling on the merits of Petitioner's writ. However, based on the facts alleged, the Court finds good cause exists to temporarily lift the stay of removal issued by this Court on July 8, 2026, in ECF No. 2.

Accordingly, **IT IS HEREBY ORDERED** this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" issued on July 8, 2026, in ECF No. 2, is **LIFTED** until November 1, 2026, at 11:59 p.m.

**IT IS FURTHER ORDERED** this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" issued on July 8, 2026, in ECF No. 2, is **AUTOMATICALLY REINSTATED** at 12:00 a.m. on November 2, 2026.

**IT IS FURTHER ORDERED** Respondents **SHALL FILE** a status advisory either (1) advising removal from the United States was effectuated, or (2) advising of Petitioner's custody status as well as the status of removal efforts, including but not limited to all steps taken to effectuate removal and any impediments to date **no later than November 5, 2026**.[1]

**IT IS FINALLY ORDERED** the District Clerk's Office **SHALL MAIL** a copy of this order to Petitioner's address on file.

**SIGNED** this **19th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

[1] The parties are advised that if any of the deadlines ordered herein fall on a Saturday, Sunday, or legal holiday, the compliance period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.